Oniel Basil HARRIS, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

No. 01–7414.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Oniel Basil Harris, Appellant Pro Se. Shelly Renee James, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

PER CURIAM.

Oniel Basil Harris appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harris v. Angelone,* No. CA–01–57–AM (E.D. Va. filed Jul. 31, 2001; entered Aug. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*